UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/18/2021___
```

JOMO WILLIAMS, a/k/a "Ojo,"

               Petitioner,

      -against-

UNITED STATES OF AMERICA,

               Respondent.

21 Civ. 1334 (AT)
11 Cr. 663-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Petitioner Jomo Williams has petitioned the Court to vacate his sentence pursuant to 28 U.S.C. § 2255 (the "Petition").  ECF No. 1.  By **April 19, 2021**, Respondent shall file an answer or other pleadings in response to the motion, along with transcripts of any relevant proceedings not already in the record.  Petitioner shall then have thirty (30) days from the date on which he is served with Respondent's answer to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

      The Clerk of Court is directed to notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York of the filing of the Petition, and to serve the Clerk of Court serve copies of this Order, the Petition, and the memorandum of law and documents in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

      All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

      SO ORDERED.

Dated: February 18, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge